Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and each of the related insurers that provided coverage to respondent,<br><br>        Petitioner,<br><br>For an Order Appointing an Arbitrator in an Arbitration Proceeding<br><br>    - against -<br><br>CRUM STAFFING, INC., CRUM STAFFING II, INC., CRUM RESOURCES, INC., AND CRUM RESOURCES II, INC., D/B/A/ CRUM SERVICES, INC.,<br><br>        Respondents. | Case No.: 07 Civ 3355 (LTS)<br><br>**CORPORATE**<br>**DISCLOSURE STATEMENT**<br>**PURSUANT TO FRCP 7.1** |

   The undersigned attorneys of record for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") certify, upon information and

belief, that American International Group, Inc. is a publicly traded company and the parent corporation of National Union.

Dated:    New York, New York
            April 26, 2007

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AIG-0711)
Attorneys for Petitioner
575 Lexington Avenue
New York, NY 10022
(212) 223-0400