Swain J

Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and each of the related insurers that provided coverage to respondent,<br><br>Petitioner,<br><br>For an Order Appointing an Arbitrator in an Arbitration Proceeding<br><br>- against -<br><br>CRUM STAFFING, INC., CRUM STAFFING II, INC., CRUM RESOURCES, INC., AND CRUM RESOURCES II, INC., D/B/A/ CRUM SERVICES, INC.,<br><br>Respondents. | Case No.: 07 Civ 3355 LTS<br><br>**ORDER TO SHOW CAUSE** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-27-07

UPON reading and filing of the petition for appointment of an arbitrator, the declaration of Anthony I. Giacobbe, Jr. in support of order to show cause and accompanying memorandum of law, dated April 24, 2007, the exhibits thereto, it is

ORDERED, that respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc. shall show cause before this Court, to be held at the Courthouse located at 500 Pearl Street,

Room 17C, New York, New York, on May ~~April~~ 11, 2007, at 10:30 a.m. or as soon thereafter as counsel can be heard, why an order should not be entered pursuant to 9 U.S.C. § 5 appointing an Arbitrator due to the failure of Respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc., to appoint a qualified arbitrator to serve pursuant to an arbitration agreement that provides that "either party may make application only to a court of competent jurisdiction in the City, County and State of New York."

ORDERED, that responsive papers, if any, shall be served by Respondents upon counsel for Petitioner so that they are received no later than 5:00 p.m. on May ~~April~~ 7, 2007, and it is further

ORDERED, that service of a copy of this Order to Show Cause together with the papers upon which it has been granted including the summons and petition by overnight delivery addressed to counsel for Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc.; Daniel P. Mitchell, Esq. and Rob Bonanno, Esq., GrayRobinson, P.A., 201 N. Franklin Street, Suite 2200, Tampa, Florida 33602, on or before April __, 2007, shall be deemed good and sufficient service.

Issued:    New York, New York
           April 27, 2007

_____
           U.S.D.J.

501978.01/10420-011/AIG