Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and each of the related insurers that provided coverage to respondent,<br><br>         Petitioner,<br><br>For an Order Appointing an Arbitrator in an Arbitration Proceeding<br><br>      - against -<br><br>CRUM STAFFING, INC., CRUM STAFFING II, INC., CRUM RESOURCES, INC., AND CRUM RESOURCES II, INC., D/B/A/ CRUM SERVICES, INC.,<br><br>         Respondents. | Case No.: 07 CIV 3355 (LTS)<br><br>**DECLARATION IN SUPPORT OF ORDER TO SHOW CAUSE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

    ANTHONY I. GIACOBBE, JR., pursuant to 28 U.S.C. §1746, declares:

    1.  I am an attorney admitted to practice before this Court and of counsel to Zeichner Ellman & Krause LLP, attorneys for Petitioner National Union Fire Insurance

Company of Pittsburgh, Pa., ("National Union"). I make this Declaration in support of National Union's request for an Order to Show Cause designating a qualified arbitrator to serve in the arbitration between the parties.

2. A copy of National Union's petition for appointment of an arbitrator, with exhibits, is annexed at Exhibit A.

### REASON FOR MOVING BY ORDER TO SHOW CAUSE

3. National Union moves by order to show cause to obtain an order appointing an arbitrator because Respondents' failure to appoint a qualified arbitrator has delayed and frustrated the commencement of an arbitration, and 9 U.S.C. § 4 provides that a party aggrieved by the failure of another to arbitrate shall be entitled to be heard on five days' notice.

4. Accordingly, National Union requests that this Court schedule an expedited hearing on this application to appoint a qualified arbitrator.

5. No previous request has been made for the relief requested herein.

6. I declare under penalties of perjury that the foregoing is true and correct.

Dated: April 26, 2007

_____
ANTHONY I. GIACOBBE, JR.