Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and each of the related insurers that provided coverage to respondent,<br><br>Petitioner,<br><br>For an Order Appointing an Arbitrator in an Arbitration Proceeding<br><br>- against -<br><br>CRUM STAFFING, INC., CRUM STAFFING II, INC., CRUM RESOURCES, INC., AND CRUM RESOURCES II, INC., D/B/A/ CRUM SERVICES, INC.,<br><br>Respondents. | Case No.: 07 CV 3355(LTS)<br><br>**CERTIFICATE OF SERVICE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

  Michael W. Antonivich, certifies pursuant to 28 U.S.C 1746 under penalty of perjury, that on the 27th day of April, 2007, I served a true copy of the within **ORDER TO SHOW CAUSE SIGNED BY THE COURT ON APRIL, 27, 2007, THE DECLARATION OF ANTHONY I. GIACOBBE, JR. DATED APRIL 26, 2007 THE EXHIBITS THERETO AND THE SUPPORTING MEMORANDUM OF LAW AND THE SUMMONS AND PETITION** upon the attorneys hereinafter named at the places hereinafter stated by depositing the same, properly

enclosed in a post-paid, properly addressed wrappers, into the exclusive care and custody of a depository maintained and controlled by the U.S. Post Office for delivery by first class mail to said attorneys at their last known addresses given below:

> GrayRobinson, P.A.
> Attorneys for Respondents
> 201 N. Franklin Street, Suite 2200
> Tampa, Florida 33602

Dated: April 27, 2007

_____
MICHAEL W. ANTONIVICH

502329.01/10420-011/MWA