Scott R. Emery (SE-6293)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Application of NATIONAL :
UNION FIRE INSURANCE COMPANY OF :
PITTSBURGH, PA, on behalf of itself and each :
of the related insurers that provided coverage to : 07 CV 3355 (LTS)
respondent, :
:
:
Petitioner, :
:
For an Order Appointing an Arbitrator in an : **RULE 7.1 DISCLOSURE**
Arbitration Proceeding : **STATEMENT**
:
-against- :
:
CRUM STAFFING, INC., CRUM STAFFING :
II, INC., CRUM RESOURCES, INC., AND :
CRUM RESOURCES II, INC., D/B/A/ CRUM :
SERVICES, INC., :
:
Respondents. :
-------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum

1

Services, Inc. state that no corporation owns 10% or more of the stock of any of the Respondents.

Dated: New York, New York
      May 9, 2007

                                        Respectfully submitted,

                                        LYNCH DASKAL EMERY LLP

                                        By: Scott R. Emery (SE-6293)

264 West 40th Street
New York, New York 10018
(202) 302-2400

Attorneys for Respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc.

2