Scott R. Emery (SE-6293)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of the Application of NATIONAL :
UNION FIRE INSURANCE COMPANY OF :
PITTSBURGH, PA, on behalf of itself and each :
of the related insurers that provided coverage to : 07 CV 3355 (LTS)
respondent, :
 :
                     Petitioner, :
 :
For an Order Appointing an Arbitrator in an : **NOTICE OF ALTERNATE**
Arbitration Proceeding : **DESIGNATION OF**
 : **ARBITRATORS**
                   -against- :
 :
CRUM STAFFING, INC., CRUM STAFFING :
II, INC., CRUM RESOURCES, INC., AND :
CRUM RESOURCES II, INC., D/B/A/ CRUM :
SERVICES, INC., :
 :
                   Respondents. :
-----------------------------------------------------------X

      Please take notice that Respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc., pursuant to this Court's Order dated May 10, 2007, state that, in the event the Court sustains Petitioner's objections to Mr. Hager, they would endeavor to consult with and, if possible, retain either of the following two persons as their party-arbitrator:

1

1. Steven C. George
   Miami, FL
   www.providerrisk.com

2. George G. Zimmerman
   Sarasota, FL
   www.georgegzimmerman.com

Dated: New York, New York
       May 10, 2007

>                    Respectfully submitted,
>
>                    LYNCH DASKAL EMERY LLP
>
>                    *[signature]*
>                    By: Scott R. Emery (SE-6293)
>
>                    264 West 40th Street
>                    New York, New York 10018
>                    (202) 302-2400
>
>                    Attorneys for Respondents Crum Staffing,
>                    Inc., Crum Staffing II, Inc., Crum
>                    Resources, Inc., and Crum Resources II,
>                    Inc., d/b/a/ Crum Services, Inc.