UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH,

                  Petitioner,

    -against-

CRUM STAFFING INC., et al.,

                  Respondents.

No. 07 Civ. 3355 (LTS)

ORDER

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: MAY 1 0 2007]

       Counsel for Respondents in the above-captioned matter are to file with the Court, fax to Chambers and fax to Petitioner no later than 5:00 p.m. today, Thursday May 10, 2007, an alternate designation of an arbitrator who meets the qualification requirements of the parties' Payment Agreement and whom Respondents would put forward in the event that the Court sustains Petitioner's objections to Respondents' current candidate, Mr. Hager.

       SO ORDERED.

       Dated: New York, New York
               May 10, 2007

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge

5.10.07.wpd    VERSION 05/10/07

Faxed
Copies mailed counsel of record
Chambers of Judge S___ 5.10.07