Scott R. Emery (SE-6293)
LYNCH DASKAL EMERY LLP
264 West 40th Street
New York, New York 10018
(212) 302-2400

Attorneys for Respondents Crum Staffing,
Inc., Crum Staffing II, Inc., Crum
Resources, Inc., and Crum Resources II,
Inc., d/b/a/ Crum Services, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In the Matter of the Application of NATIONAL  :
UNION FIRE INSURANCE COMPANY OF    :
PITTSBURGH, PA, on behalf of itself and each   :
of the related insurers that provided coverage to  :   07 CV 3355 (LTS)
respondent,                                                          :
                                                                              :
                                        Petitioner,                 :
                                                                              :
For an Order Appointing an Arbitrator in an    :   **NOTICE OF NEW**
Arbitration Proceeding                                      :   **DESIGNATION OF ARBITRATOR**
                                                                              :
                        -against-                                    :
                                                                              :
CRUM STAFFING, INC., CRUM STAFFING    :
II, INC., CRUM RESOURCES, INC., AND       :
CRUM RESOURCES II, INC., D/B/A/ CRUM  :
SERVICES, INC.,                                              :
                                                                              :
                                        Respondents.           :
------------------------------------------------------------X

       Please take notice that Respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc., pursuant to this Court's request during the hearing that took place in the morning on May 11, 2007, designates George G. Zimmerman as its arbitrator. Additionally, in response to Petitioner's inquiry at the hearing,

1

Respondents state on information and belief that Mr. Zimmerman has not testified either for or against AIG.

Dated: New York, New York
      May 11, 2007

                                      Respectfully submitted,

                                      LYNCH DASKAL EMERY LLP

                                      By: Scott R. Emery (SE-6293)

264 West 40th Street
New York, New York 10018
(202) 302-2400

Attorneys for Respondents Crum Staffing, Inc., Crum Staffing II, Inc., Crum Resources, Inc., and Crum Resources II, Inc., d/b/a/ Crum Services, Inc.