UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL UNION FIRE INSURANCE CO.
OF PITTSBURGH,

              Petitioner,

-against-

CRUM STAFFING INC., et al.,

              Respondents.



No. 07 Civ. 3355 (LTS)

ORDER OF DISCONTINUANCE

       In light of the Court's receipt of Respondents' designation of a new arbitrator in the above-captioned matter (docket entry #14) and the absence of any objection to the newly-designated arbitrator's qualifications under the parties' arbitration agreement, this action is discontinued, with both sides to bear their respective costs. The Clerk of Court is respectfully requested to close this action.

       SO ORDERED.

Dated: New York, New York
       May 14, 2007

                                     LAURA TAYLOR SWAIN
                                     United States District Judge